-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

EDWARDO ALEXANDRO ANTONIO MATHEW, A 99 165 634,

                Petitioner,

      -v-

ALBERTO GONZALEZ, et al.,

                Respondent.

                                    DECISION AND ORDER
                                      07-CV-0137Sr

---

On March 7, 2007, petitioner filed what the Court docketed as both a petition for habeas corpus relief, pursuant to 28 U.S.C. § 2241 (Docket No. 1), and a "motion for termination of removal proceedings and release from indefinite detention" (Docket No. 2). On March 28, 2007, the Court entered an Order directing the respondents to serve and file a response to the petition and to also address the Court's jurisdiction to adjudicate the separately filed motion for termination of removal proceedings. (Docket No. 3). On that same date, petitioner forwarded a letter to the Clerk of the Court advising the Clerk that the motion for termination of removal proceedings and release from indefinite detention (Docket No. 2) was not intended to be docketed as a separate motion but was intended to be docketed as an attachment to the petition for habeas corpus relief.

Accordingly, the Clerk of the Court is directed to amend the Docket to remove as a separate docket entry the "motion for termination of removal proceedings and release from indefinite detention" (Docket No. 2), and to attach said document as an attachment to the petition for habeas corpus relief (Docket No. 1).

IT IS SO ORDERED.

                                        _____
                                              DAVID G. LARIMER
                                         United States District Judge

DATED: April 4, 2007
              Rochester, New York